B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Colorado

In re **Northstar Homes, Inc.**, Case No. _____

Debtor

Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **Bank Midwest**<br>1111 Main Street #1600<br>Kansas City, MO 64105-2116 | | Deed of Trust | | $751,050.17 |
| **Bank Midwest**<br>1111 Main Street #1600<br>Kansas City, MO 64105-2116 | | Deed of Trust | | $408,747.63 |
| **Points West Bank**<br>100 E. 3rd St.<br>PO Box 25<br>Julesburg, CO 80737 | | Deed of Trust | **CONTINGENT UNLIQUIDATED** | $125,999.00<br>**SECURED VALUE:**<br>**$36,000.00** |
| **Weld County Treasurer**<br>P.O. Box 458<br>Greeley, CO 80632-0458 | | | | $125,999.00<br>**SECURED VALUE:**<br>**$36,000.00** |
| **Bank Midwest**<br>1111 Main Street #1600<br>Kansas City, MO 64105-2116 | | Deed of Trust | | $119,261.18 |
| **Farmers Bank**<br>713 S. Lemay Ave<br>Ft. Collins, CO 80524 | | | | $69,180.00 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **Northstar Homes, Inc.**, Case No. _____

   Debtor              Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **Wyoming Department of Revenue** Herschler Bldg. 122 West 25th Street Cheyenne, WY 82002-0110 | | | | $64,850.25 |
| **Steinike Construction** P.O. Box 396 Milliken, CO 80543 | | | | $46,685.42 |
| **Montgomery Kolodny** 3534 John F. Kennedy Pkwy, Ste. B Fort Collins, CO 80525-2669 | | | | $33,125.54 |
| **Colorado Department of Revenue** Denver, CO 80261 | | | | $29,748.72 |
| **Lockman Excavating, Inc.** 44580 WCR 41 Pierce, CO 80650 | | | | $15,009.00 |
| **Alpine Lumber Co.** 1120 W. 122nd Ave. #301 Westminster, CO 80234 | | | | $12,098.50 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **Northstar Homes, Inc.**, Case No. _____
Debtor
Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **Home Depot Card Services**<br>P.O. Box 6029<br>The Lakes, NV 88901-6029 | | | | $11,600.00 |
| **Fuerte, Inc.**<br>P.O. Box 8<br>Fort Collins, CO 80522 | | | | $9,535.06 |
| **Gulf Eagle Supply**<br>9861 Titan Park Circle<br>Littleton, CO 80125 | | | | $8,391.11 |
| **TLM Home Service**<br>2914 43rd Avenue<br>Greeley, CO 80634 | | | | $7,550.63 |
| **Dyer Plumbing & Heating, Inc.**<br>1035 5th Street<br>Eaton, CO 80537 | | | | $7,225.00 |
| **Crane Service, Inc.**<br>2130 S. Bloomfield Blvd.<br>Bloomfield, NM 87413 | | | | $7,043.22 |

B4 (Official Form 4) (12/07)4 -Cont.

In re  **Northstar Homes, Inc.**                                                        ,      Case No. _____
                                    Debtor                                                            Chapter  **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Capital One<br>1680 Capital One Drive<br>McLean, VA 22102-3407 | | | | $6,253.00 |
| Monty Heating & Air Conditioning<br>c/o The Sibley Group, Inc.<br>P.O. Box 1304<br>Loveland, CO 80539 | | | | $5,383.38 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Norman C. Reichardt, President of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date:  **10/28/2011**                              Signature:  **s/ Norman C. Reichardt**

                                                                **Norman C. Reichardt ,President**
                                                                (Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.